Civil Records

**LOUIS J. PERRET**
**CLERK OF COURT, PARISH OF LAFAYETTE**
**P. O. BOX 2009**
**LAFAYETTE, LA  70502**
**Telephone: (337) 291-6303   Fax: (337) 291-6392**

**STATE OF LOUISIANA**
**PARISH OF LAFAYETTE**

**OFFICE OF THE CLERK OF COURT**
**15TH JUDICIAL DISTRICT COURT**

I, Dana M. Lemelle, Deputy Clerk of Court, in and for the Parish of Lafayette, State of Louisiana, do hereby certify that the attached documents are true and correct copies from the civil suit entitled:

**YURY REMEDIO**

**VS**                                             **DOCKET NUMBER: C-20214699 A**

**NOBLE DRILLING US LLC, ET AL**

Consisting of 37 pages, the original of which documents are on file in the Lafayette Parish Clerk of Court Office.

Lafayette, Louisiana, this OCTOBER 6, 2021.

_Dana Lemelle_
Dana M. Lemelle, Deputy Clerk of Court
Lafayette Parish

Exhibit "A" - Page 1

09/10/2021   20:01   3372370241          LARRY CURTIS                      PAGE  01

Lafayette Parish
Filed Sep 10, 2021
Jamie Trahan
Deputy Clerk of Court

C-20214699
A

**LAWRENCE "LARRY" N. CURTIS**

300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone 337.235.1825
Telefax 337.237.0241
larryc@larrycurtis.com



**Larry Curtis**
PERSONAL INJURY ATTORNEY

## FACSIMILE TRANSMISSION

TO:          Hon. Louis J. Perret, Clerk

FAX NO:      337.291.6392

FROM:        Lawrence N. Curtis, Esq.

DATE:        September 10, 2021

PAGES:       (including cover sheet): _____

RE:          Yury Remedio
             Our File: 3621-LNC

## CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of documents.

If transmission problems occur, please call (337) 235-1825 or (337) 237-0199.

(

A Professional Law Corporation

**LAWRENCE "LARRY" N. CURTIS**

300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone 337.235.1825
Telefax 337.237.0241
larry@larrycurtis.com
www.larrycurtis.com



**PERSONAL INJURY ATTORNEY**

September 10, 2021

Hon. Louis J. Perret, Clerk                    VIA FAX: 337.291.6392
15th Judicial District Court
800 South Buchanan Street
Lafayette, Louisiana 70501

> Re: Yury Remedio
> vs. Noble Drilling
>      (U.S.), LLC, et al.
>      Our File No: 3621-LNC

Dear Mr. Perret:

Enclosed for filing in the above-entitled cause is Petition for Damages, together with Louisiana Civil Case Reporting Form and Request for Notice of All Interlocutory Orders or Judgments.

Thank you in advance for your cooperation in this matter.

Yours very truly,

s/Lawrence N. Curtis

Lawrence N. Curtis

LNC:dau
Enclosures

**A Professional Law Corporation**

09/10/2021   20:01   3372370241                    LARRY CURTIS                          PAGE  03

Lafayette Parish
Filed Sep 10, 2021          **C-20214699**
Jamie Trahan                    **A**
Deputy Clerk of Court

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

YURY REMEDIO
**vs.**
NOBLE DRILLING (U.S.), LLC, ET AL.

**Court:** 15th Judicial District Court_____          **Docket Number:** _____

**Parish of Filing:** _Lafayette Parish_____          **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** _Lawrence N. Curtis_____

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** _1___              **Number of named defendants:** _6___

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

__Auto: Personal Injury                    __ Auto: Property Damage
__Auto: Wrongful Death                     __ Auto: Uninsured Motorist
__Asbestos: Property Damage                __ Asbestos: Personal Injury/Death
__Product Liability                        __ Premise Liability
__Intentional Bodily Injury                __ Intentional Property Damage
__Intentional Wrongful Death               __ Unfair Business Practice
__Business Tort                            __ Fraud
__Defamation                               __ Professional Negligence
__Environmental Tort                       __ Medical Malpractice
__ Intellectual Property                   __ Toxic Tort
__ Legal Malpractice                       __ Other Tort (describe below)
__ Other Professional Malpractice          __ Redhibition
X̲Maritime                                  __ Class action (nature of case)
_ Wrongful Death                           _____
__General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

A claim for personal injuries and damage under 905(b) of LHWCA as modified by the General
_____Maritime Law of the United States_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Lawrence N. Curtis                   Signature _____

Address  300 Rue Beauregard, Bldg. C, Post Office Box 80247, Lafayette, LA 70598

Phone number: 337.235.1825                 E-mail address: _denise@larrycurtis.com; sandra@larrycurtis.com_

Exhibit "A" - Page 4

Lafayette Parish
Filed Sep 10, 2021
Jamie Trahan
Deputy Clerk of Court

C-20214699
A

FAX

FIFTEENTH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

YURY REMEDIO

VERSUS                                         DOCKET NO:

NOBLE DRILLING (U.S.), LLC,
NOBLE DRILLING SERVICES, INC.,
NOBLE DRILLING HOLDING, LLC,
NOBLE LEASING II (SWITZERLAND)
GmbH, SHELL OIL COMPANY,
and SHELL OFFSHORE, INC.
*****************************************************************************

## PETITION FOR DAMAGES

COMES NOW, Yury Remedio ("Remedio") petitioning against Noble Drilling (U.S.), LLC,

Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH,

(hereinafter sometimes collectively referred to as the "Noble Defendants"), Shell Oil Company, and

Shell Offshore, Inc. (hereinafter sometimes collectively referred to as the "Shell Defendants") and,

for cause of action, Remedio would respectfully represent and show unto this Honorable Court, as

follows:

### JURISDICTION

1.      That, this action is brought under 33 U.S.C. § 905(b) of LHWCA as modified by the

General Maritime Law of the United States. This Court has exclusive jurisdiction of this civil action

under the savings to suitors clause contained in 28 U.S.C. § 1333 which proceeds from Section 9

of the Judiciary Act of 1789.

### VENUE

2.      That, venue is proper under Article 42 of the Louisiana Code of Civil Procedure,

especially Article 42 (5) of the Louisiana Code of Civil Procedure .

### PLAINTIFF

3.      That, Remedio, age 48, is a person of the full age of majority and a resident of

Lafayette, Lafayette Parish, Louisiana.

4.      That, at all times mentioned hereinafter, Remedio was employed by Advanced Tool

& Supply, LLC of Broussard, Louisiana ("ATS"). Remedio was an offshore technician working in

the Gulf of Mexico, off the Louisiana coast aboard the *GLOBETROTTER II*. Remedio was earning,

and had the capacity to earn in excess of $150,000.00 per year, plus found and fringe benefits.

## DEFENDANTS

5.      Noble Drilling (U.S.), LLC is thought to be a foreign limited liability company, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas, but it is licensed to do and doing business in this State, with its designated principal Louisiana business establishment located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

6.      Noble Drilling Services, Inc. is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC it is neither licensed to do business, nor it appointed an agent for service of process in this State in the manner provided by law. Although it does business in this State and it may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

7.      Noble Drilling Holding, LLC is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC it is neither licensed to do business, nor it appointed an agent for service of process in this State in the manner provided by law. Although it does business in this State and it may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

8.      Noble Leasing II (Switzerland) GmbH is thought to be a corporation, or other business entity, organized and existing by virtue of the laws of Switzerland. In consequence, it may be cited to appear and answer herein by service of process through the provisions of the Hague Convention.

9.      Shell Oil Company is thought to be a foreign corporation organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas, but it is licensed to do and doing business in this State, with its designated principal Louisiana business establishment located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely,

CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

10.     Shell Offshore, Inc. is thought to be a foreign corporation organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas, but it is licensed to do and doing business in this State, with its designated principal Louisiana business establishment located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

### THE DRILLSHIP - *GLOBETROTTER II*

11.     That, at all times relevant herein, the Noble Defendants owned, operated, manned, managed, and controlled the ultra-deepwater drillship *NOBLE GLOBETROTTER II* *("GLOBETROTTER II")*. In the alternative, at all times relevant herein, the Shell Defendants managed and controlled the *GLOBETROTTER II*. In the further alternative, at all times relevant herein, the Noble Defendants and the Shell Defendants jointly managed and controlled the *GLOBETROTTER II*. The *GLOBETROTTER II* is a drillship, 620 feet in length, 105 feet in breadth, and 62 feet in depth as shown in Exhibit "A" below.



Exhibit "A"

### FACT OF THE CASE

12.     That, it has become necessary to institute this civil action as a result of injuries and damage suffered by Remedio on Saturday, August 28, 2021 as a consequence of the negligence, negligence *per se*, carelessness, and omission of duty, as well as the recklessness, gross negligence, and willful and wanton conduct on the part of the Noble and Shell Defendants, either acting alone or in concert including, but not limited to, the conscious decisions made by the Noble and Shell Defendants in the days leading up to and during Hurricane Ida - - one of the most powerful and damaging hurricanes to ever strike the United States. Although Hurricane Ida made landfall along the Southeast Louisiana coast on Sunday, August 29, 2021, numerous around-the-clock warnings

Quality of original
in poor condition

were issued days in advance about the storm's gathering strength. To explain. In the days before Saturday, August 28, 2021, the National Weather Service, the National Hurricane Center and the European Hurricane Model pin-pointed Hurricane Ida's probable landfall to be along the Louisiana coast between Morgan City, Louisiana and Grand Isle, Louisiana. As projected, Hurricane Ida made landfall in Southeast Louisiana, near Port Fourchon with sustained winds of 150 mph., gusting to 165 mph.

13.    That, at all times mentioned herein, the *GLOBETROTTER II* was working in the Gulf of Mexico, off the Louisiana coast for the benefit of, and at the direction of, the Noble and Shell Defendants. In the days leading up to Saturday, August 28, 2021, Hurricane Ida entered the Gulf of Mexico taking direct aim at the Southeast Louisiana coast. Unfortunately for the *GLOBETROTTER II* and her crew, neither the Noble Defendants, nor the Shell Defendants cared about the catastrophic hazards posed to the *GLOBETROTTER II* and her crew members. On August 28, 2021, Remedio was aboard the *GLOBETROTTER II* in the Gulf of Mexico. Despite the undeniable path of Ida, the Noble and Shell Defendants continued to operate the *GLOBETROTTER II* in direct defiance and willful disregard of all weather information made available to the *GLOBETROTTER II*, as well as the broadcasted weather information made available to mariners by the National Weather Service and the National Hurricane Center.

14.    That, in the hours before Hurricane Ida's arrival at the place where the *GLOBETROTTER II* was then located in the Gulf of Mexico, the *GLOBETROTTER II* unlatched from its sub-sea drilling activities and headed directly into the approaching storm. The Noble and Shell Defendants placed the *GLOBETROTTER II* on a collision course with Hurricane Ida -- within ten (10) miles of her eyewall. The *GLOBETROTTER II* and her crew were exposed to 150 mph. winds, gusting up to 165 mph. and 80- 95 foot sea swells. On board the *GLOBETROTTER II*, the sea conditions tossed the crew around like rag dolls – men were crying and hollering. The *GLOBETROTTER II* was swaying so severely from side-to-side that her crew was forced to walk on her walls, rather than the interior walkways. The sway was so extreme that the *GLOBETROTTER II* almost capsized several times. The entire crew believed they were going to die.

15.    That, the injuries suffered by Remedio were cause by the legal fault, negligence, negligence *per se*, carelessness, and omission of duty, as well as by the recklessness, gross negligence and willful and wanton conduct on the part of the Noble and Shell Defendants, either acting alone or in concert, without any legal fault, negligence, carelessness or omission of duty on

the part of Remedio, causing or contributing in any way thereto.

16.    That, the legal fault, negligence, negligence *per se*, carelessness, and omission of duty, as well as the recklessness, gross negligence and willful and wanton conduct on the part of the Noble and Shell Defendants, either acting alone or in concert, consisted of the following acts and omissions:

a.    in failing to instruct, train, and supervise the crew of the *GLOBETROTTER II* or, in the alternative, in failing to adequately instruct, train, and supervise the crew of the *GLOBETROTTER II*;

b.    in that the *GLOBETROTTER II* was not in charge of a competent person and crew;

c.    in failing to timely and seasonably order the *GLOBETROTTER II* to move off its drilling location and out of the path of Hurricane Ida;

d.    in failing to timely and seasonably move the *GLOBETROTTER II* off its drilling location and out of the path of Hurricane Ida;

e.    in failing to promulgate, adopt, and enforce safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane or, in the alternative, in failing to promulgate, adopt, and enforce adequate safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane;

f.    in failing to timely and seasonably evacuate the *GLOBETROTTER II* of all nonessential personnel well in advance of the approach of Hurricane Ida;

g.    in failing to insist that the *GLOBETROTTER II* be brought into the nearest port, before she was hit by Hurricane Ida.

h.    in violating applicable United States Coast Guard, and BSEE regulations.

17.    That, by reason of the legal fault, negligence, negligence *per se*, carelessness and omission of duty, as well as the recklessness, gross negligence and willful and wanton conduct on the part of the Noble and Shell Defendants, either acting alone or in concert, Remedio sustained serious and potentially permanent injuries to his body and mind, the full extent of which has not yet been determined. More particularly, Remedio has been caused and may be caused to suffer in the future – physical pain; mental suffering including fear, anxiety, humiliation and embarrassment; a loss of wages, medical expenses, and a loss of enjoyment of life.

18.    That, this civil action is also brought and maintained by Remedio for punitive damages, because the Noble and Shell Defendants, acted, either alone or in concert, with wilful and wanton disregard of Remedio's rights to, among other things, a safe work place. To be sure, the Noble and Shell Defendants were well aware of the grave danger to human life presented by the Hurricane Ida to the area of the Gulf of Mexico where the *GLOBETROTTER II* and her crew were

working, but did absolutely nothing to eliminate or mitigate those hazards. Instead, the Noble and Shell Defendants ignored the grave hazard to human life presented by Hurricane Ida and ordered the *GLOBETROTTER II* crew members to continue working. The acts and omissions on the part of the Noble and Shell Defendants involved a callous disregard for Remedio's safety due to the extreme degree of danger considering the probability and magnitude of potential harm to human life. Moreover, the Noble and Shell Defendants had actual, subjective knowledge of the extreme risk of harm to human life involved, and consciously disregarded the risk by ordering that the crew of the *GLOBETROTTER II* to continue to work.

## JURY DEMAND

19.     Remedio is entitled to and demands a trial by jury.

WHEREFORE, Remedio prays that Defendants, Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH, Shell Oil Company, and Shell Offshore, Inc. be served with a copy of this, Remedio's, Petition for Damages and that these Defendants be cited to appear and answer herein; and that after the lapse of all legal delays and due proceedings had, there be judgment in favor of Remedio and against these Defendants, in an amount reasonable in the premises, together with legal interest and for all costs of these proceedings

LAWRENCE N. CURTIS, LTD.
(A Professional Law Corporation)
300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone: (337) 235-1825
Facsimile: (337) 237-0241
E-mail: denise@larrycurtis.com

BY: _____
     LAWRENCE N. CURTIS (4678)

**PLEASE SERVE:**

Noble Drilling (U.S.), LLC
through its registered agent
for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana

Noble Drilling Services, Inc.
through its statutory agent
for service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Drilling Holding, LLC
through its statutory agent
for service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Leasing II (Switzerland) GmbH
Hague Convention Service

Shell Oil Company
through its registered agent
for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana.

Shell Offshore, Inc.
through its registered agent
for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana

Lafayette Parish
Filed Sep 10, 2021
Jamie Trahan
Deputy Clerk of Court

C-20214699
A

FIFTEENTH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

YURY REMEDIO

VERSUS

DOCKET NO:

NOBLE DRILLING (U.S.), LLC,
NOBLE DRILLING SERVICES, INC.,
NOBLE DRILLING HOLDING, LLC,
NOBLE LEASING II (SWITZERLAND)
GmbH, SHELL OIL COMPANY,
and SHELL OFFSHORE, INC.
**********************************************************************

## REQUEST FOR NOTICE OF RENDITION OF
## ALL INTERLOCUTORY ORDERS OR JUDGMENTS

TO:    Hon. Louis J. Perret, Clerk
       15th Judicial District Court
       800 South Buchanan Street
       Lafayette, Louisiana 70501

In accordance with La. Code Civ.P. art. 1572, you are hereby requested to give written notice

to Plaintiff, through his undersigned counsel, by Certified Mail properly stamped and addressed at

least ten (10) days in advance of the date fixed for the trial or hearing of this matter whether on

exceptions, motions, rules or the merits. You are also requested to furnish immediate notice of all

orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition

thereof as provided by La. Code Civ.P. arts. 1913, 1914, 1960 and 1572 including notice of judgment

in the event this case is taken under advisement or if the judgment is not signed at the conclusion of

the trial.

Lafayette, Louisiana, this 10th day of September, 2021.

LAWRENCE N. CURTIS, LTD.
(A Professional Law Corporation)
300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone: (337) 235-1825
Facsimile: (337) 237-0241
E-mail: denise@larrycurtis.com

BY:_____
       LAWRENCE N. CURTIS (4678)

<table>
<tr><td>Lafayette Parish<br>Filed Sep 10, 2021<br>Jamie Trahan<br>Deputy Clerk of Court</td><td>C-20214699<br>A</td></tr>
</table>

* * Transmit Confirmation Report * *

P1

Sep 13 2021 09:45am

Sender:GUEST
TTI1:                    TTI Number:

| Destination | Type | Mode | Start Time | Time | Page Note | Result | Details |
|---|---|---|---|---|---|---|---|
| 92370241 | FAX | Fine | 09/13 09:45am 00`30" | | 1 | # O K | |



# Louis J. Perret

Clerk of Court
15th Judicial District
Parish of Lafayette

P.O. Box 2009
Lafayette, LA 70502
Telephone: (337) 291-6400
Fax: (337) 291-6480
www.lpclerk.com

## FAX RECEIPT

**FROM: CIVIL DEPARTMENT**                    **Date: SEPTEMBER 13, 2021**

**To: LAWRENCE N CURTIS**                    **Suit No.: DOCKET NUMBER: C-20214699**

**FAX NUMBER: (337) 237-0241**                    **Section: A**

**YURY REMEDIO VS NOBLE DRILLING US LLC, ET AL**

**Total Amount Due (Includes all applicable fees below) $875.50**

| | |
|---|---|
| 616-COVER LETTER | 2 PAGES |
| 45-ATTS/EXH (REPORTING FORM) | 1 PAGE |
| 628-PET - DAMAGE | 7 PAGES |
| 39-REQUEST FOR NOTICE | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 9/10/2021, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Louis J. Perret, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

**\*\*Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

# CIVIL E-FILING IS AVAILABLE.
## VISIT WWW.CLERKCONNECT.COM OR
## WWW.LPCLERK.COM FOR ACCESS TO THE LINK.

Lafayette Parish
Filed Sep 13, 2021 9:41 AM
Simone Vaughan
Deputy Clerk of Court
FAX Received Sep 10, 2021

C-20214699
A

LAWRENCE "LARRY" N. CURTIS

300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone 337.235.1825
Telefax 337.237.0241
larry@larrycurtis.com
www.larrycurtis.com



September 10, 2021

Hon. Louis J. Perret, Clerk                    VIA FAX: 337.291.6392
15th Judicial District Court
800 South Buchanan Street
Lafayette, Louisiana 70501

        Re: Yury Remedio
        vs.  Noble Drilling
            (U.S.), LLC, et al.
            Our File No: 3621-LNC

Dear Mr. Perret:

        Enclosed for filing in the above-entitled cause is Petition for Damages, together with
Louisiana Civil Case Reporting Form and Request for Notice of All Interlocutory Orders or
Judgments.

        Thank you in advance for your cooperation in this matter.

9/13/21 - mc
DISCOVERY NOT FILED INTO THE SUIT                    Yours very truly,
RECORD, BUT ATTACHED FOR SERVICE.
                                                     s/Lawrence N. Curtis
9/13/21 - mc
AS PER ATTY LARRY CURTIS,
PUT 30 DAYS ON THE HAGUE
CONVENTION SERVICE.

        LNC:dau
        Enclosures

A Professional Law Corporation

**STAMPED COPY GIVEN**





# Louis J. Perret

Clerk of Court
15th Judicial District
Parish of Lafayette

P.O. Box 2009
Lafayette, LA 70502
Telephone: (337) 291-6400
Fax: (337) 291-6480
www.lpclerk.com

---

## FAX RECEIPT

**FROM: CIVIL DEPARTMENT**                          **Date: SEPTEMBER 13, 2021**

**To: LAWRENCE N CURTIS**                    **Suit No.: DOCKET NUMBER: C-20214699**

**FAX NUMBER: (337) 237-0241**                              **Section: A**

**YURY REMEDIO VS  NOBLE DRILLING US LLC, ET AL**

**Total Amount Due (Includes all applicable fees below) $875.50**

| | |
|---|---|
| 616-COVER LETTER | 2 PAGES |
| 45-ATTS/EXH (REPORTING FORM) | 1 PAGE |
| 628-PET - DAMAGE | 7 PAGES |
| 39-REQUEST FOR NOTICE | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 9/10/2021, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Louis J. Perret, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

**\*\*Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

# CIVIL E-FILING IS AVAILABLE.
# VISIT WWW.CLERKCONNECT.COM OR
# WWW.LPCLERK.COM FOR ACCESS TO THE LINK.

Lafayette Parish
Filed Sep 13, 2021 9:41 AM
Simone Vaughan
Deputy Clerk of Court
FAX Received Sep 10, 2021

C-20214699
A

FIFTEENTH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

YURY REMEDIO

VERSUS                                        DOCKET NO:

NOBLE DRILLING (U.S.), LLC,
NOBLE DRILLING SERVICES, INC.,
NOBLE DRILLING HOLDING, LLC,
NOBLE LEASING II (SWITZERLAND)
GmbH, SHELL OIL COMPANY,
and SHELL OFFSHORE, INC.
************************************************************************

## PETITION FOR DAMAGES

COMES NOW, Yury Remedio ("Remedio") petitioning against Noble Drilling (U.S.), LLC,

Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH,

(hereinafter sometimes collectively referred to as the "Noble Defendants"), Shell Oil Company, and

Shell Offshore, Inc. (hereinafter sometimes collectively referred to as the "Shell Defendants") and,

for cause of action, Remedio would respectfully represent and show unto this Honorable Court, as

follows:

### JURISDICTION

1.      That, this action is brought under 33 U.S.C. § 905(b) of LHWCA as modified by the

General Maritime Law of the United States. This Court has exclusive jurisdiction of this civil action

under the savings to suitors clause contained in  28 U.S.C. § 1333 which proceeds from Section 9

of the Judiciary Act of 1789.

### VENUE

2.      That, venue is proper under Article 42 of the Louisiana Code of Civil Procedure,

especially Article 42 (5) of the Louisiana Code of Civil Procedure .

### PLAINTIFF

3.      That, Remedio, age 48, is a person of the full age of majority and a resident of

Lafayette, Lafayette Parish, Louisiana.

4.      That, at all times mentioned hereinafter, Remedio was employed by Advanced Tool

& Supply, LLC of Broussard, Louisiana ("ATS").  Remedio was an offshore technician working in

the Gulf of Mexico, off the Louisiana coast aboard the *GLOBETROTTER II* .  Remedio was earning,

and had the capacity to earn in excess of $150,000.00 per year, plus found and fringe benefits.

**DEFENDANTS**

5.     Noble Drilling (U.S.), LLC is thought to be a foreign limited liability company, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas, but it is licensed to do and doing business in this State, with its designated principal Louisiana business establishment located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

6.     Noble Drilling Services, Inc. is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC it is neither licensed to do business, nor it appointed an agent for service of process in this State in the manner provided by law. Although it does business in this State and it may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

7.     Noble Drilling Holding, LLC is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC it is neither licensed to do business, nor it appointed an agent for service of process in this State in the manner provided by law. Although it does business in this State and it may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

8.     Noble Leasing II (Switzerland) GmbH is thought to be a corporation, or other business entity, organized and existing by virtue of the laws of Switzerland. In consequence, it may be cited to appear and answer herein by service of process through the provisions of the Hague Convention.

9.     Shell Oil Company is thought to be a foreign corporation organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas, but it is licensed to do and doing business in this State, with its designated principal Louisiana business establishment located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely,

CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

10.     Shell Offshore, Inc. is thought to be a foreign corporation organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas, but it is licensed to do and doing business in this State, with its designated principal Louisiana business establishment located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

### THE DRILLSHIP - *GLOBETROTTER II*

11.     That, at all times relevant herein, the Noble Defendants owned, operated, manned, managed, and controlled the ultra-deepwater drillship *NOBLE GLOBETROTTER II* *("GLOBETROTTER II")*. In the alternative, at all times relevant herein,  the Shell Defendants managed and controlled the *GLOBETROTTER II*.  In the further alternative, at all times relevant herein, the Noble Defendants and the Shell Defendants jointly managed and controlled the *GLOBETROTTER II*.  The *GLOBETROTTER II* is a drillship, 620 feet in length, 105 feet in breadth, and 62 feet in depth as shown in Exhibit "A" below.



Exhibit "A"

### FACT OF THE CASE

12.     That, it has become necessary to institute this civil action as a result of injuries and damage suffered by Remedio on Saturday, August 28, 2021 as a consequence of the negligence, negligence *per se*, carelessness, and omission of duty, as well as the recklessness, gross negligence, and willful and wanton conduct on the part of the Noble and Shell Defendants, either acting alone or in concert including, but not limited to,  the conscious decisions made by the Noble and Shell Defendants in the days leading up to and during Hurricane Ida - - one of the most powerful and damaging hurricanes to ever strike the United States. Although Hurricane Ida made landfall along the Southeast Louisiana coast on Sunday, August 29, 2021, numerous around-the-clock warnings

were issued days in advance about the storm's gathering strength. To explain.  In the days before

Saturday, August 28, 2021, the National Weather Service, the National Hurricane Center and the

European Hurricane Model pin-pointed Hurricane Ida's probable landfall to be along the Louisiana

coast between Morgan City, Louisiana and Grand Isle, Louisiana. As projected, Hurricane Ida made

landfall in Southeast Louisiana, near Port Fourchon with sustained winds of 150 mph., gusting to

165 mph.

13.     That, at all times mentioned herein, the *GLOBETROTTER II* was working in the Gulf

of Mexico, off the Louisiana coast for the benefit of, and at the direction of, the Noble and Shell

Defendants. In the days leading up to Saturday, August 28, 2021,  Hurricane Ida entered the Gulf of

Mexico taking direct aim at the Southeast Louisiana coast. Unfortunately for the *GLOBETROTTER

II* and her crew, neither the Noble Defendants, nor the Shell Defendants cared about the catastrophic

hazards posed to the *GLOBETROTTER II* and her crew members. On August 28, 2021, Remedio

was aboard the *GLOBETROTTER II* in the Gulf of Mexico. Despite the undeniable path of Ida , the

Noble and Shell Defendants continued to operate the *GLOBETROTTER II* in direct defiance and

willful disregard of all weather information made available to the *GLOBETROTTER II* , as well as

the broadcasted weather information made available to mariners by the National Weather Service

and the National Hurricane Center.

14.     That, in the hours before Hurricane Ida's arrival at the place where the

*GLOBETROTTER II* was then located in the Gulf of Mexico, the *GLOBETROTTER II* unlatched

from its sub-sea drilling activities and headed directly into the approaching storm. The Noble and

Shell Defendants placed the *GLOBETROTTER II* on a collision course with Hurricane Ida -- within

ten (10) miles of her eyewall.  The *GLOBETROTTER II* and her crew were exposed to 150 mph.

winds, gusting up to 165 mph. and 80- 95 foot sea swells. On board the *GLOBETROTTER II*, the

sea conditions tossed the crew around like rag dolls – men were crying and hollering. The

*GLOBETROTTER II* was swaying so severely from side-to-side that her crew was forced to walk on

her walls, rather than the interior walkways. The sway was so extreme that the *GLOBETROTTER

II* almost capsized several times. The entire crew believed they were going to die.

15.     That, the injuries suffered by Remedio were cause by the legal fault, negligence,

negligence *per se,* carelessness, and omission of duty, as well as by the recklessness, gross

negligence and willful and wanton conduct on the part of the Noble and Shell Defendants, either

acting alone or in concert, without any legal fault, negligence, carelessness or omission of duty on

the part of Remedio, causing or contributing in any way thereto.

16.     That, the legal fault, negligence, negligence *per se,* carelessness, and omission of duty, as well as the recklessness, gross negligence and willful and wanton conduct on the part of the Noble and Shell Defendants, either acting alone or in concert, consisted of the following acts and omissions:

a.     in failing to instruct, train, and supervise the crew of the *GLOBETROTTER II* or, in the alternative, in failing to adequately instruct, train, and supervise the crew of the *GLOBETROTTER II;*

b.     in that the *GLOBETROTTER II* was not in charge of a competent person and crew;

c.     in failing to timely and seasonably order the *GLOBETROTTER II* to move off its drilling location and out of the path of Hurricane Ida;

d.     in failing to timely and seasonably move the *GLOBETROTTER II* off its drilling location and out of the path of Hurricane Ida;

e.     in failing to promulgate, adopt, and enforce safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane or, in the alternative, in failing to promulgate, adopt, and enforce adequate safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane;

f.     in failing to timely and seasonably evacuate the *GLOBETROTTER II* of all nonessential personnel well in advance of the approach of Hurricane Ida;

g.     in failing to insist that the *GLOBETROTTER II* be brought into the nearest port, before she was hit by Hurricane Ida.

h.     in violating applicable United States Coast Guard, and BSEE regulations.

17.     That, by reason of the legal fault, negligence, negligence *per se*, carelessness and omission of duty, as well as the recklessness, gross negligence and willful and wanton conduct on the part of the Noble and Shell Defendants, either acting alone or in concert, Remedio sustained serious and potentially permanent injuries to his body and mind, the full extent of which has not yet been determined. More particularly, Remedio has been caused and may be caused to suffer in the future – physical pain; mental suffering including fear, anxiety, humiliation and embarrassment; a loss of wages, medical expenses, and a loss of enjoyment of life.

18.     That, this civil action is also brought and maintained by Remedio for punitive damages, because the Noble and Shell Defendants, acted, either alone or in concert, with wilful and wanton disregard of Remedio's rights to, among other things, a safe work place. To be sure, the Noble and Shell Defendants were well aware of the grave danger to human life presented by the Hurricane Ida to the area of the Gulf of Mexico where the *GLOBETROTTER II* and her crew were

working, but did absolutely nothing to eliminate or mitigate those hazards. Instead, the Noble and

Shell Defendants ignored the grave hazard to human life presented by Hurricane Ida and ordered the

*GLOBETROTTER II* crew members to continue working. The acts and omissions on the part of the

Noble and Shell Defendants involved a callous disregard for Remedio's safety due to the extreme

degree of danger considering the probability and magnitude of potential harm to human life.

Moreover, the Noble and Shell Defendants had actual, subjective knowledge of the extreme risk of

harm to human life involved, and consciously disregarded the risk by ordering that the crew of the

*GLOBETROTTER II* to continue to work.

## JURY DEMAND

19.     Remedio is entitled to and demands a trial by jury.

        WHEREFORE, Remedio prays that Defendants, Noble Drilling (U.S.), LLC, Noble

Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH, Shell

Oil Company, and Shell Offshore, Inc. be served with a copy of this, Remedio's, Petition for

Damages and that these Defendants be cited to appear and answer herein; and that after the lapse of

all legal delays and due proceedings had, there be judgment in favor of Remedio and against these

Defendants, in an amount reasonable in the premises, together with legal interest and for all costs

of these proceedings

LAWRENCE N. CURTIS, LTD.
(A Professional Law Corporation)
300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone: (337) 235-1825
Facsimile: (337) 237-0241
E-mail: denise@larrycurtis.com

BY: _____
        LAWRENCE N. CURTIS (4678)

**PLEASE SERVE:**

Noble Drilling (U.S.), LLC
through its registered agent
for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana

Noble Drilling Services, Inc.
through its statutory agent
 for service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Drilling Holding, LLC
through its statutory agent
 for service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Leasing II (Switzerland) GmbH
Hague Convention Service

Shell Oil Company
through its registered agent
 for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana.

Shell Offshore, Inc.
through its registered agent
 for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana

Lafayette Parish
Filed Sep 13, 2021 9:41 AM
Simone Vaughan
Deputy Clerk of Court
FAX Received Sep 10, 2021

C-20214699
A

FIFTEENTH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

YURY REMEDIO

VERSUS                                      DOCKET NO:

NOBLE DRILLING (U.S.), LLC,
NOBLE DRILLING SERVICES, INC.,
NOBLE DRILLING HOLDING, LLC,
NOBLE LEASING II (SWITZERLAND)
GmbH, SHELL OIL COMPANY,
and SHELL OFFSHORE, INC.
*************************************************************************

## REQUEST FOR NOTICE OF RENDITION OF
## ALL INTERLOCUTORY ORDERS OR JUDGMENTS

TO:     Hon. Louis J. Perret, Clerk
        15ᵗʰ Judicial District Court
        800 South Buchanan Street
        Lafayette, Louisiana 70501

        In accordance with La.Code Civ.P. art. 1572, you are hereby requested to give written notice

to Plaintiff, through his undersigned counsel, by Certified Mail properly stamped and addressed at

least ten (10) days in advance of the date fixed for the trial or hearing of this matter whether on

exceptions, motions, rules or the merits. You are also requested to furnish immediate notice of all

orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition

thereof as provided by La. Code Civ.P. arts. 1913, 1914, 1960 and 1572 including notice of judgment

in the event this case is taken under advisement or if the judgment is not signed at the conclusion of

the trial.

        Lafayette, Louisiana, this 10ᵗʰ day of September, 2021.

                                LAWRENCE N. CURTIS, LTD.
                                (A Professional Law Corporation)
                                300 Rue Beauregard, Bldg. C
                                Post Office Box 80247
                                Lafayette, Louisiana 70598-0247
                                Telephone: (337) 235-1825
                                Facsimile: (337) 237-0241
                                E-mail: denise@larrycurtis.com

                                BY:_____
                                LAWRENCE N. CURTIS (4678)

Lafayette Parish
Filed Sep 13, 2021 9:41 AM
Simone Vaughan
Deputy Clerk of Court
FAX Received Sep 10, 2021

C-20214699
A

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court.  The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

YURY REMEDIO
**vs.**
NOBLE DRILLING (U.S.), LLC, ET AL.

**Court:** 15th Judicial District Court          **Docket Number:** __C-20214699__

**Parish of Filing:** Lafayette Parish          **Filing Date:** SEPTEMBER 13, 2021

**Name of Lead Petitioner's Attorney:** Lawrence N. Curtis

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1          **Number of named defendants:** 6

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

__Auto: Personal Injury                    __ Auto: Property Damage
__Auto: Wrongful Death                   __ Auto: Uninsured Motorist
__Asbestos: Property Damage              __ Asbestos: Personal Injury/Death
__Product Liability                         __ Premise Liability
__Intentional Bodily Injury               __ Intentional Property Damage
__Intentional Wrongful Death             __ Unfair Business Practice
__Business Tort                            __ Fraud
__Defamation                              __ Professional Negligence
__Environmental Tort                      __ Medical Malpractice
__ Intellectual Property                   __ Toxic Tort
__ Legal Malpractice                       __ Other Tort (describe below)
__ Other Professional Malpractice          __ Redhibition
X Maritime                                __ Class action (nature of case)
_ Wrongful Death
__General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
A claim for personal injuries and damage under 905(b) of LHWCA as modified by the General Maritime Law of the United States

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form.

Name   Lawrence N. Curtis                    Signature

Address   300 Rue Beauregard, Bldg. C, Post Office Box 80247, Lafayette, LA 70598

Phone number: 337.235.1825          E-mail address:  denise@larrycurtis.com; sandra@larrycurtis.com

LAFPC.CV.63123608

Requested by Atty.: CURTIS, LAWRENCE N

# CITATION

**YURY REMEDIO**                                      **15TH JUDICIAL DISTRICT COURT**

**VS**                                                          **DOCKET NUMBER: C-20214699 A**

**NOBLE DRILLING US LLC, ET AL**            **PARISH OF LAFAYETTE, LOUISIANA**

STATE OF LOUISIANA

TO:   NOBLE DRILLING HOLDING, LLC
       THORUGH ITS STATUTORY AGENT
       FOR SERVICE OF PROCESS:
       HON. R. KYLE ARDOIN,
       LOUISIANA SECRETARY OF STATE
       8585 ARCHIVES AVENUE
       BATON ROUGE, LA



**SHERIFF RETURN**

of the Parish of E. BATON ROUGE

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

I made service on the named party through the
Office of the Secretary of State on

SEP 2 2 2021

by tendering a copy of this document to:
JULIE NESBITT

DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Deputy Clerk of Court
Lafayette Parish

**Attached are the following documents:**
PETITION FOR DAMAGES

---

SHERIFF'S RETURN

LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE         MOVED ( )        NO SUCH ADDRESS _____
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE   ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

I made service on the named party through the
Office of the Secretary of State on

SEP 2 2 2021

by tendering a copy of this document to
JULIE NESBITT J.N.

DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

SEP 3 0 2021

Deputy Clerk of Court



LAFPC.CV.63123590

Requested by Atty.: CURTIS, LAWRENCE N

# CITATION

| | |
|---|---|
| YURY REMEDIO | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20214699 A |
| NOBLE DRILLING US LLC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO:   NOBLE DRILLING SERVICES, INC.
      THROUGH ITS STATUTORY AGENT
      FOR SERVICE OF PROCESS:
      HON. R. KYLE ARDOIN,
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVENUE
      BATON ROUGE, LA



**SHERIFF RETURN**
of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

_I made service on the named party through the Office of the Secretary of State on_

SEP 2 2 2021

_by tendering a copy of this document to:_
JULIE NESBITT
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

M. Clotiaup
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
PETITION FOR DAMAGES

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

_I made service on the named party through the Office of the Secretary of State on_

SEP 2 2 2021

_by tendering a copy of this document to:_
KELLY DARDEN J. N.
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DATE SERVED: _____, 20_____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE   ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

SEP 3 0 2021

Devon Smith
Deputy Clerk of Court



LAFPC.CV.63123616

Requested by Atty.:  CURTIS, LAWRENCE N

# CITATION

| | |
|---|---|
| **YURY REMEDIO** | **15TH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20214699 A** |
| **NOBLE DRILLING US LLC, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:   **SHELL OIL COMPANY**
**THROUGH ITS REGISTERED AGENT**
**FOR SERVICE OF PROCESS:**
**C T CORPORATION SYSTEM**
**3867 PLAZA TOWER DR.**
**BATON ROUGE, LA**



SHERIFF RETURN

of the Parish of E. BATON ROUGE

    You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
    WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

I made service on the named party through the
CT Corporation
SEP 2 2 2021
by tendering a copy of this document to
Ashley Minvielle
E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Deputy Clerk of Court
Lafayette Parish

***Attached are the following documents:**
**PETITION FOR DAMAGES**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

Lafayette Parish Clerk of Court
Filed This Day

OCT 0 1 2021

Deputy Clerk of Court

DATE SERVED: _____, 20_____  TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE   ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____    MILEAGE $_____    TOTAL $_____

DEPUTY _____





LAFPC.CV.63123624

Requested by Atty.: CURTIS, LAWRENCE N

# CITATION

| | |
|---|---|
| **YURY REMEDIO** | **15TH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20214699 A** |
| **NOBLE DRILLING US LLC, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:    SHELL OFFSHORE, INC.
       THROUGH ITS REGISTERED AGENT
       FOR SERVICE OF PROCESS:
       C T CORPORATION SYSTEM
       3867 PLAZA TOWER DR.
       BATON ROUGE, LA



SHERIFF RETURN

of the Parish of E. BATON ROUGE

     You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
     WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

I made service on the named party through the
CT Corporation
SEP 2 2 2021
*Attached are the following documents: by tendering a copy of this document to
**PETITION FOR DAMAGES** Ashley Minvielle

E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Deputy Clerk of Court
Lafayette Parish

---

| | |
|---|---|
| SHERIFF'S RETURN | Lafayette Parish Clerk of Court |
| LAFAYETTE PARISH SHERIFF | Filed This Day |

OCT 0 1 2021

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

Deputy Clerk of Court

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE   ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____    MILEAGE $_____    TOTAL $_____

DEPUTY _____

RECEIVED

SEP 2 1 2021

E.B.R. Sheriff Office



LAFPC.CV.63123582

Requested by Atty.:  CURTIS, LAWRENCE N

# CITATION

YURY REMEDIO

VS

NOBLE DRILLING US LLC, ET AL

15TH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20214699 A

PARISH OF LAFAYETTE, LOUISIANA

**STATE OF LOUISIANA**

TO:  NOBLE DRILLING (U.S.), LLC
THROUGH ITS REGISTERED AGENT
FOR SERVICE OF PROCESS:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA



SHERIFF RETURN

of the Parish of E. BATON ROUGE

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

I made service on the named party through the
CT Corporation
SEP 2 2 2021
by tendering a copy of this document to
Ashley Minvielle

E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

Lafayette Parish Clerk of Court
Filed This Day

OCT 0 1 2021

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

Deputy Clerk of Court

UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE  ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____   MILEAGE $_____   TOTAL $_____

DEPUTY _____



RECEIVED

SEP 21 2021

E.B.R. Sheriff Office



LAFPC.CV.63123582

Requested by Atty.:  CURTIS, LAWRENCE N

# CITATION

| | |
|---|---|
| **YURY REMEDIO** | **15TH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20214699 A** |
| **NOBLE DRILLING US LLC, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:   **NOBLE DRILLING (U.S.), LLC**
      **THROUGH ITS REGISTERED AGENT**
      **FOR SERVICE OF PROCESS:**
      **C T CORPORATION SYSTEM**
      **3867 PLAZA TOWER DR.**
      **BATON ROUGE, LA**

                                                    of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

                                            Deputy Clerk of Court
                                            Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE   ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____     MILEAGE $_____     TOTAL $_____

DEPUTY _____



LAFPC.CV.63123590

Requested by Atty.:  CURTIS, LAWRENCE N

# CITATION

**YURY REMEDIO**                                    **15TH JUDICIAL DISTRICT COURT**

**VS**                                             **DOCKET NUMBER: C-20214699 A**

**NOBLE DRILLING US LLC, ET AL**                   **PARISH OF LAFAYETTE, LOUISIANA**

**STATE OF LOUISIANA**

TO:   **NOBLE DRILLING SERVICES, INC.**
      **THROUGH ITS STATUTORY AGENT**
      **FOR SERVICE OF PROCESS:**
      **HON. R. KYLE ARDOIN,**
      **LOUISIANA SECRETARY OF STATE**
      **8585 ARCHIVES AVENUE**
      **BATON ROUGE, LA**

                                    of the Parish of E. BATON ROUGE

     You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

     WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

                           _____
                           Deputy Clerk of Court
                           Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR DAMAGES**

---

                     SHERIFF'S RETURN
                 LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE   ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____    MILEAGE $_____    TOTAL $_____

DEPUTY _____



LAFPC.CV.63123608

Requested by Atty.: CURTIS, LAWRENCE N

# CITATION

| | |
|---|---|
| **YURY REMEDIO** | **15TH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20214699 A** |
| **NOBLE DRILLING US LLC, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:    **NOBLE DRILLING HOLDING, LLC**
       **THORUGH ITS STATUTORY AGENT**
       **FOR SERVICE OF PROCESS:**
       **HON. R. KYLE ARDOIN,**
       **LOUISIANA SECRETARY OF STATE**
       **8585 ARCHIVES AVENUE**
       **BATON ROUGE, LA**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

_M Clotiary_
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____ MILEAGE $_____ TOTAL $_____

DEPUTY _____



LAFPC.CV.63123616

Requested by Atty.:  CURTIS, LAWRENCE N

# CITATION

**YURY REMEDIO**                                     **15TH JUDICIAL DISTRICT COURT**

**VS**                                                          **DOCKET NUMBER: C-20214699 A**

**NOBLE DRILLING US LLC, ET AL**               **PARISH OF LAFAYETTE, LOUISIANA**

**STATE OF LOUISIANA**

TO:   **SHELL OIL COMPANY**
      **THROUGH ITS REGISTERED AGENT**
      **FOR SERVICE OF PROCESS:**
      **C T CORPORATION SYSTEM**
      **3867 PLAZA TOWER DR.**
      **BATON ROUGE, LA**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

_____
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE   ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____     MILEAGE $_____     TOTAL $_____

DEPUTY _____



LAFPC.CV.63123624

Requested by Atty.:  CURTIS, LAWRENCE N

# CITATION

**YURY REMEDIO**                        **15TH JUDICIAL DISTRICT COURT**

**VS**                                  **DOCKET NUMBER: C-20214699 A**

**NOBLE DRILLING US LLC, ET AL**        **PARISH OF LAFAYETTE, LOUISIANA**

**STATE OF LOUISIANA**

**TO:   SHELL OFFSHORE, INC.**
**THROUGH ITS REGISTERED AGENT**
**FOR SERVICE OF PROCESS:**
**C T CORPORATION SYSTEM**
**3867 PLAZA TOWER DR.**
**BATON ROUGE, LA**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

_____
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE          MOVED ( )           NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE   (   )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____     MILEAGE $_____     TOTAL $_____

DEPUTY _____



LAFPC.CV.63123608

Requested by Atty.:  CURTIS, LAWRENCE N

# CITATION

**YURY REMEDIO**                                **15TH JUDICIAL DISTRICT COURT**

**VS**                                          **DOCKET NUMBER: C-20214699 A**

**NOBLE DRILLING US LLC, ET AL**                **PARISH OF LAFAYETTE, LOUISIANA**

**STATE OF LOUISIANA**

TO:   **NOBLE DRILLING HOLDING, LLC**
      **THORUGH ITS STATUTORY AGENT**
      **FOR SERVICE OF PROCESS:**
      **HON. R. KYLE ARDOIN,**
      **LOUISIANA SECRETARY OF STATE**
      **8585 ARCHIVES AVENUE**
      **BATON ROUGE, LA**



SHERIFF RETURN
of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 13, 2021.

I made service on the named party through the
Office of the Secretary of State on

SEP 2 2 2021

by tendering a copy of this document to:
JULIE NESBITT

DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
PETITION FOR DAMAGES

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS (
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE   ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____        TOTAL $_____
DEPUTY _____

I made service on the named party through the
Office of the Secretary of State on

SEP 2 2 2021

by tendering a copy of this document to

DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

SEP 3 0 2021

Deputy Clerk of Court

Exhibit "A" - Page 38