UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: 6:21-cv-03527 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE _____ |
| | MAGISTRATE JUDGE _____ |

**CONSENT TO REMOVAL BY**
**NOBLE DRILLING SERVICES, LLC F/K/A NOBLE DRILLING SERVICES, INC. AND NOBLE DRILLING HOLDING LLC**

With full reservation of all rights, defenses, and objections to the claims asserted in the matter entitled "*Yury Remedio versus Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH, Shell Oil Company, and Shell Offshore, Inc*.", Docket No. C20214699A, 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, including, but not limited to, (i) the lack of service of process; (ii) insufficiency of service of process; (iii) lack of personal jurisdiction; (iv) improper venue, and without making an appearance in the action,

Noble Drilling Services LLC f/k/a Noble Drilling Services, Inc. and Noble Drilling Holding LLC hereby consent to and join in the removal of the above-captioned matter to the United States District Court for the Western District of Louisiana.

**KEAN MILLER LLP**


   /S/ ROBERT KALLAM
**ROBERT M. KALLAM (#20242)**
**TAYLOR ASHWORTH (#39404)**
600 JEFFERSON STREET, SUITE 1101
LAFAYETTE, LOUISIANA 70501
TELEPHONE: (337) 235-2232

**BRADLEY J. SCHLOTTERER (#24211)**
**SEAN T. MCLAUGHLIN (#31870)**
FIRST BANK AND TRUST TOWER
909 POYDRAS STREET, SUITE 3600
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 585-3050
ATTORNEYS FOR NOBLE DRILLING SERVICES LLC F/K/A NOBLE DRILLING SERVICES INC. AND NOBLE DRILLING HOLDING LLC

This 7th day of October, 2021