UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: _____ |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE _____ |
| | MAGISTRATE JUDGE _____ |

**CONSENT TO REMOVAL BY SHELL OIL
COMPANY AND SHELL OFFSHORE INC.**

With full reservation of all rights, defenses, and objections to the claims asserted in the matter entitled "*Yury Remedio versus Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH, Shell Oil Company, and Shell Offshore, Inc.*," Docket No. C20214699A, 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, including, but not limited to, (i) the lack of service of process; (ii) insufficiency of service of process; (iii) lack of personal jurisdiction; (iv) improper venue, and without making an appearance in the action,

Shell Oil Company and Shell Offshore Inc. hereby consent to the removal of the above-captioned matter to the United States District Court for the Western District of Louisiana.

Exhibit "C" - Page 1

**LISKOW & LEWIS**

By: _____
Thomas P. Diaz (Bar #18863)
Alexander J. Baynham (Bar #36369)
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Tele: 504-581-7979
Fax: 504-556-4108
Email: tpdiaz@Liskow.com
Email: ajbaynham@Liskow.com

and

Vanessa W. Anseman (#28795)
LISKOW & LEWIS
822 Harding Street
Lafayette, Louisiana 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399
Email: vanseman@Liskow.com

Counsel for Shell Oil Company and
Shell Offshore Inc.

This 6th day of October, 2021