# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **YURY REMEDIO** | **CIVIL ACTION** |
| versus | NO.: 6:21-cv-03527 |
| **NOBLE DRILLING (U.S.), LLC ET AL** | **JUDGE ROBERT R SUMMERHAYS** |
| | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Defendants, Noble Drilling (US) LLC, Noble Drilling Services LLC f/k/a Noble Drilling Services, Inc. and Noble Holding, LLC be granted an additional seventeen (17) days, through and including November 1, 2021, within which to answer or file other responsive pleadings to the Petition for Damages filed by Plaintiff, Yury Remedio.

Lafayette, Louisiana, this 15th day of October, 2021.

_____
U.S. MAGISTRATE JUDGE