UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: 6:21-cv-03527 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## RESPONSE TO REMOVAL ORDER

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Noble Drilling (U.S.), LLC ("Noble Drilling"), who, and in connection with its Notice of Removal (Rec. Doc. No. 1) and in response to the Removal Order issued by the Court (Rec. Doc. No. 4), submits this pleading:

(1)(a) <u>A list of all attorneys involved in the case and the parties they represent</u>:

- Lawrence Curtis, counsel for Plaintiff, Yury Remedio
- Robert Kallam, Brad Schlotterer, Sean McLaughlin, and Taylor Ashworth, counsel for Defendants Noble Drilling (US) LLC, Noble Drilling Holding LLC, and Noble Drilling Services LLC f/k/a Noble Drilling Services Inc.
- Thomas Diaz, Alex Baynham, and Vanessa Anseman, counsel for Defendants, Shell Oil Company and Shell Offshore Inc.

(1)(b) <u>Copies or electronic images of all records and proceedings occurring in the State Court prior to removal, arranged by order of filing date</u>

- See attached Exhibit "A."

(1)(c) <u>A list of all documents included in the State Court record, arranged by order of filing date</u>

- Fax-filed Petition
- State civil cover sheet
- Stamped Petition
- Request for Notice

- Fax receipt/letter
- Stamped petition
- Request for Notice
- State civil cover sheet
- Citation return Noble Drilling Holding LLC
- Citation return Noble Drilling Services Inc.
- Citation return Shell Oil Company
- Citation return Shell Offshore Inc.
- Citation return Noble Drilling (US) LLC
- Citation Noble Drilling (US) LLC
- Citation Noble Drilling Services Inc.
- Citation Noble Drilling Holding LLC
- Citation Shell Oil Company
- Citation Shell Offshore Inc.
- Citation return Noble Drilling (US) LLC
- Secretary of state letter Noble Drilling Holding LLC with attachments
- Secretary of state letter Noble Drilling Services Inc with attachments
- Stamped Petition
- Written discovery
- Letter
- Notice of Filing of Removal with attachments

(1)(d) <u>A certificate by counsel that the above constitutes the entire State Court record</u>

- See attached certificate Exhibit "B."

(2)(a) <u>No motions are exceptions were pending in State Court at the time of removal.</u>

(2)(b) <u>No registry funds were on file with the State Court</u>.

Respectfully submitted:

**KEAN MILLER LLP**

　/s/ Sean T. McLaughlin
**ROBERT M. KALLAM (#20242)**
**TAYLOR ASHWORTH (#39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

**BRADLEY J. SCHLOTTERER (#24211)**
**SEAN T. McLAUGHLIN (#31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
ATTORNEYS FOR NOBLE DRILLING (U.S.), LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 18th day of October 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

　　　/s/ Sean T. McLaughlin
**SEAN T. McLAUGHLIN**