UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: 6:21-cv-03527 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## CERTIFICATE

Undersigned counsel certifies that Exhibit "A" to the Response to Removal Order contains all materials in the State Court record as of this date, October 18, 2021.

**KEAN MILLER LLP**

  /s/ Sean T. McLaughlin
**ROBERT M. KALLAM (#20242)**
**TAYLOR ASHWORTH (#39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

**BRADLEY J. SCHLOTTERER (#24211)**
**SEAN T. McLAUGHLIN (#31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone:  (504) 585-3050
ATTORNEYS FOR NOBLE DRILLING (U.S.), LLC