UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: 6:21-cv-03527 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT,** through undersigned counsel, come Defendants, Defendants, Noble Drilling (U.S.), LLC, Noble Drilling Services LLC f/k/a Noble Drilling Services Inc., and Noble Drilling Holding LLC, who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submit the following Corporate Disclosure Statement.

Noble Corporation, a corporation whose stock is publicly traded under the symbol "NE" on the NYSE, is the ultimate parent of Noble Drilling (U.S.), LLC, Noble Drilling Services LLC f/k/a Noble Drilling Services Inc., and Noble Drilling Holding LLC. PIMCO, a subsidiary of Alianz, owns more than 10% of the stock of Noble Corporation though various funds (PIMCO High Income Fund is traded under the symbol "PHK" on the NYSE). No other publicly traded entity directly owns 10% or more of the stock of Noble Corporation.

Respectfully submitted:

**KEAN MILLER LLP**

　/s/ Sean T. McLaughlin
**ROBERT M. KALLAM (#20242)**
**TAYLOR ASHWORTH (#39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

**BRADLEY J. SCHLOTTERER (#24211)**
**SEAN T. McLAUGHLIN (#31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
ATTORNEYS FOR NOBLE DRILLING (U.S.), LLC, NOBLE DRILLING SERVICES LLC F/K/A NOBLE DRILLING SERVICES INC., AND NOBLE HOLDING LLC

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this the 21st day of October 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

　　　/s/ Sean T. McLaughlin
**SEAN T. MCLAUGHLIN**