**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| YURY REMEDIO | * | CIVIL ACTION NO. 6:21-cv-3527 |
| | * | |
| | * | |
| VERSUS | * | DISTRICT JUDGE SUMMERHAYS |
| | * | |
| | * | |
| NOBLE DRILLING (U.S.) LLC ET. AL. | * | MAGISTRATE JUDGE WHITEHURST |

**SHELL OFFSHORE INC.'S CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant Shell Offshore Inc. who submits the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Shell Offshore Inc. is a wholly owned indirect subsidiary of Royal Dutch Shell plc, a publicly held UK company. No other publicly traded company owns 10% or more of the stock of Royal Dutch Shell plc.

Respectfully submitted,

/s/   Alexander J.Baynham
Thomas P. Diaz (Bar #18863)
Alexander J. Baynham (Bar #36369)
**LISKOW & LEWIS**
Hancock Whitney Center, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139
Telephone:  504-581-7979
Facsimile:  504-556-4108
Email: tpdiaz@liskow.com
Email: ajbaynham@liskow.com

and

          Vanessa W. Anseman (Bar #28795)
          **LISKOW & LEWIS**
          822 Harding Street
          Lafayette, Louisiana 70503
          Telephone:  (337) 232-7424
          Facsimile:  (337) 267-2399
          Email: vanseman@liskow.com

*Attorneys for Defendant Shell Offshore Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participants.  I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile to non-CM/ECF participants.

          */s/ Alexander J. Baynham*