UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: 6:21-cv-03527 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
CONDUCT RULE 26(F) CONFERENCE AND FILE RULE 26(F) REPORT**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Noble Drilling (U.S.), LLC, Noble Drilling Services LLC f/k/a Noble Drilling Services Inc., and Noble Drilling Holding LLC (sometimes referred to collectively "Noble Drilling"), who submit this Unopposed Motion for a thirty (30) day extension of time to conduct a Rule 26(f) Conference and to file the Rule 26(f) Report and represent as follows:

1. Counsel for Noble Drilling has discussed the filing of this Motion with counsel for Defendants, Shell Oil Company and Shell Offshore Inc., and counsel for Plaintiff, Yury Remedio, who represented there will be no opposition.

2. The current deadline for the parties to conduct a Rule 26(f) Conference is December 27, 2021. Noble Drilling requests that the parties be allowed an additional thirty (30) days, through and including January 27, 2022 within which to conduct a Rule 26(f) Conference.

3. The current deadline for the parties to submit the Rule 26(f) Report is January 20, 2022. Noble Drilling requests that the parties be allowed an additional thirty (30) days, through and including February 20, 2022 within which to file the Rule 26(f) Report.

4. A thirty (30) day extension of both deadlines will give Plaintiff and Defendants adequate time to work out any details of litigation that should be resolved before conducting the Rule 26(f) Conference and filing the Rule 26(f) Report.

5. This is the first request by any party to extend the deadline for the Rule 26(f) Conference and filing of the Rule 26(f) Report in this matter.

**WHEREFORE**, Defendants, Noble Drilling, respectfully request that this Court issue an Order granting the parties an additional thirty (30) days, through and including January 27, 2022 within which to conduct a Rule 26(f) Conference and an additional thirty (30) days, through and including February 20, 2022 to file the Rule 26(f) Report.

Respectfully submitted:

**KEAN MILLER LLP**

**TIMOTHY WAYNE STRICKLAND (TX #19396298)**
*pro hac to be applied for*
**STACEY TYREE NORSTRUD (TX #24025363)**
*pro hac to be applied for*
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000

\_\_/s/\_\_Taylor Ashworth_____
**ROBERT M. KALLAM (TX #24034175; LA #20242)**
**TAYLOR ASHWORTH (LA #39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

**BRADLEY J. SCHLOTTERER (LA #24211)**
**SEAN T. McLAUGHLIN (LA #31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050

ATTORNEYS FOR NOBLE DRILLING (U.S.), LLC, NOBLE DRILLING SERVICES LLC F/K/A NOBLE DRILLING SERVICES INC., AND NOBLE DRILLING HOLDING LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 17th day of December, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

                                           /s/ __Taylor Ashworth_____
                                               **Taylor Ashworth**