UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: 6:21-cv-03527 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time:

**IT IS ORDERED** that Defendants', Noble Drilling (US) LLC, Noble Drilling Services LLC f/k/a Noble Drilling Services, Inc., and Noble Drilling Holding LLC, Motion be granted and the Parties be allowed an additional thirty (30) days, through and including January 27, 2022 within which to conduct a Rule 26(f) Conference and an additional thirty (30) days, through and including February 20, 2022 to file the Rule 26(f) Report.

Lafayette, Louisiana this ___ day of December, 2021.

_____
U.S. MAGISTRATE JUDGE