UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: 6:21-cv-03527 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Claimant Yury Remedio, through undersigned counsel, respectfully moves the Court to enter an order enrolling Jerome H. Moroux (La. Bar No. 32666) and the law firm Broussard & David, LLC as additional counsel of record for him in this matter.

Respectfully submitted,

*/s/ Lawrence N. Curtis*

LAWRENCE N. CURTIS, LTD. (4678)
(A Professional Law Corporation)
300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone: (337) 235-1825
Facsimile: (337) 237-0241
E-Mail: denise@larrycurtis.com

Respectfully submitted,

BROUSSARD & DAVID, LLC

*/s/ Jerome H. Moroux*
_____
JEROME H. MOROUX (#32666)
SCOTT M. RICHARD (#36643)
557 Jefferson Street
P.O. Box 3524
Lafayette, Louisiana 70502-3524
PH: 337-233-2323
FX: 337-233-2353
EMAIL: jerome@broussard-david.com
EMAIL: scott@broussard-david.com
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, the undersigned, counsel for Plaintiff, do hereby certify that I have this day filed the above and foregoing document using the Court's ECF electronic filing system.

Lafayette, Louisiana, this 15th day of February, 2022.

*/s/ Jerome H. Moroux*
_____
JEROME H. MOROUX