UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YURY REMEDIO | CIVIL ACTION |
| versus | NO.: 6:21-cv-03527 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

Considering the foregoing *Ex Parte* Motion to Enroll Additional Counsel,

**IT IS HEREBY ORDERED** that the motion be and hereby is **granted**. Jerome H. Moroux (La. Bar No. 32666) and the law firm Broussard & David, LLC are hereby enrolled as additional counsel of record for Claimant Yury Remedio.

Lafayette, Louisiana, this 16th day of February, 2022.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**